UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ANDRE CANTEY,

                Plaintiff,

      v.                                    No. 1:16-CV-00014
                                            (GTS/CFH)

JOSE MARTINEZ and
BEN BURNHAM,

                Defendants.

---

**APPEARANCES:**                            **OF COUNSEL:**

Andre Cantey
14-A-4643
Woodbourne Correctional Facility
99 Prison Road
P.O. Box 1000
Woodbourne, New York 12788
Plaintiff pro se

The Rehfuss Law Firm, P.C.            ABIGAIL W. REHFUSS, ESQ.
40 British American Blvd.                STEPHEN J. REHFUSS, ESQ.
Latham, New York 12110
Attorneys for defendants

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

## ORDER

On September 13, 2017, plaintiff pro se Andre Cantey filed a Motion to Compel defendants Jose Martinez and Ben Burnham to provide further responses to plaintiff's interrogatories. Dkt. No. 64. On October 24, 2017, defendants filed a response in opposition. Dkt. No. 68.

A conference was held on-the-record with plaintiff and defendants' counsel on November 17, 2017. As directed during that conference and for the reasons stated at this time, which are incorporated by reference, it is hereby

**ORDERED**, that:

(1) Plaintiff's Motion to Compel (Dkt. No. 64) is **GRANTED** to the extent that defendants shall provide further responses to plaintiff's interrogatories as directed by the Court. Defendants shall serve their further responses by December 13, 2017;

(2) The Uniform Pretrial Scheduling Order filed July 7, 2016 (Dkt. No. 26) is amended as follows:

>(a) The deadline for completion of discovery is hereby extended to January 31, 2018;

>(b) The deadline for the filing of dispositive motions is hereby extended to March 12, 2018;

>(c) The Uniform Pretrial Scheduling Order, as amended, remains in full force and effect.

**IT IS SO ORDERED**.

Dated: November 21, 2017
Albany, New York

*Christian F. Hummel*
Christian F. Hummel
U.S. Magistrate Judge

2